# United States District Court
### EASTERN DISTRICT OF NORTH CAROLINA
#### EASTERN DIVISION

| | |
|---|---|
| JOSEPH C. DUNLAP,<br>    Plaintiff,<br><br>v.<br><br><br>MICHAEL J. ASTRUE,<br>*Commissioner of the Social*<br>*Security Administration,*<br>    Defendant. | **JUDGMENT IN A CIVIL CASE**<br>**CASE NO. 4:06-CV-133-D** |

**Decision by the Court:**

    **IT IS ORDERED AND ADJUDGED** that based on the application for a period of disability and disability insurance benefits filed on March 12, 2003, the claimant has been disabled under Sections 216(i) and 223(d) of the Social Security Act beginning on February 26, 2003.


THE ABOVE JUDGMENT WAS ENTERED TODAY, **SEPTEMBER 13, 2010** WITH A COPY TO:

Hugh Dalton Cox, Jr. (via CM/ECF Notice of Electronic Filing)

Eileen A. Farmer (via CM/ECF Notice of Electronic Filing)


| | |
|---|---|
| September 13, 2010 | DENNIS P. IAVARONE, Clerk |
| Date | Eastern District of North Carolina |
| | |
| | /s/Debby Sawyer |
| | (By) Deputy Clerk |
| Raleigh, North Carolina | |